69574. UNGER v. BRYANT EQUIPMENT SALES & SERVICES, INC. et al.
(338 SE2d 545)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Unger v. Bryant Equip. &c., Inc.*, 255 Ga. 53 (335 SE2d 109) (1985), our decision in *Unger v. Bryant Equip. &c.*, 173 Ga. App. 364 (326 SE2d 483) (1985), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. McMurray, P. J., and Sognier, J., concur.*

DECIDED NOVEMBER 5, 1985.

*Kenneth M. Henson, Jr., Millard Fuller*, for appellant.
*William A. Erwin, John W. Denney, William E. Smith*, for appellees.